IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEVI ARTHUR FEDD, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-104 (MTT) |
| Doctor ALMEDOM, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Order and Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 8). After screening the Plaintiff's amended complaint (Docs. 1; 6) pursuant to 28 U.S.C. § 1915A, the Magistrate Judge allowed the claims against Defendants Dr. Almedom, Dr. Sachdeva, Dr. Lawson, Starling, and Coftey to go forward but recommends dismissing the claims against Defendant James Thompson for failure to state a claim. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the claims against Thompson are **DISMISSED without prejudice**.

**SO ORDERED,** this 23rd day of July, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT